IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON PHARMACEUTICALS LTD., and ALCON RESEARCH, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LTD., and LUPIN PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 11-587-SLR |

**STIPULATION TO EXTEND THE TIME TO ANSWER, MOVE
OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiffs Alcon Pharmaceuticals Ltd. and Alcon Research Ltd. and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. hereby stipulate and agree, subject to the approval of the Court, that the time for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. to answer, move or otherwise respond to the Complaint is extended through and including November 7, 2011.

Dated: October 4, 2011

MORRIS, NICHOLS, ARSHT &
TUNNELL, LLP

/s/ Rodger D. Smith
Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

Attorneys for Plaintiffs

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com

Attorneys for Defendants

SO ORDERED this _____ day of _____, 2011.

_____
The Honorable Sue L. Robinson
United States District Court Judge