## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCON PHARMACEUTICALS LTD. and<br>ALCON RESEARCH, LTD., | ) ) ) | |
| PLAINTIFFS,<br>V. | ) ) ) | C.A. NO. 1:11-CV-00587 (SLR) |
| LUPIN LTD. and<br>LUPIN PHARMACEUTICALS, INC., | ) ) ) | |
| DEFENDANTS. | ) ) | |

### F.R.C.P. RULE 7.1 DISCLOSURE STATEMENT OF
### DEFENDANTS LUPIN LTD. AND LUPIN PHARMACEUTICALS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. makes the following disclosure

statement:

Lupin Pharmaceuticals, Inc. is wholly-owned by Lupin Ltd., which is a publicly traded

company on the Bombay Stock Exchange.

There is no parent company of Lupin Ltd.


Dated: December 7, 2011                    PHILLIPS, GOLDMAN & SPENCE, P.A.


                                           /s/ John C. Phillips, Jr.
                                           John C. Phillips, Jr. (No. 110)
                                           Megan C. Haney (No. 5016)
                                           1200 North Broom Street
                                           Wilmington, DE 19806
                                           (302) 655-4200
                                           jcp@pgslaw.com

mch@pgslaw.com

OF COUNSEL:

Kelly L. Morron, Esq.
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
212.753.5000

CH2\10630770.3