IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON PHARMACEUTICALS LTD. and ALCON RESEARCH, LTD., <br><br>           PLAINTIFFS, <br>     V. <br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., <br><br>           DEFENDANTS. | C.A. No. 1:11-cv-00587 (SLR) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE THAT Kelly Morron of Schiff Hardin LLP and Schiff Hardin LLP hereby withdraw as one of the counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. ("Lupin") in the above-captioned matter. The law firm of Phillips, Goldman & Spence, P.A. will continue to represent Lupin in this matter.

Dated:  December 30, 2011

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (No. 110)
Megan C. Haney (No. 5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com