IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON PHARMACEUTICALS LTD., and<br>ALCON RESEARCH, LTD.,<br><br>      Plaintiffs,<br><br>v.<br><br>LUPIN LTD.,<br>and LUPIN PHARMACEUTICALS, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 11-587-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

    PLEASE ENTER THE APPEARANCE of Megan C. Haney, Esquire, as counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. in the above-captioned matter.

Date: January 3, 2012

PHILLIPS, GOLDMAN & SPENCE, P.A.

_/s/ Megan C. Haney_
John C. Phillips, Jr. (No. 110)
Megan C. Haney (No. 5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com